

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00435-CV

Everett W. **GREGORY** Jr. and Marcia Gregory,
Appellants

v.

**BANK OF AMERICA N.A.**, and Jesse R. Mendoza,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05064
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The appellee's unopposed motion to withdraw counsel of record and substitute attorney in charge is hereby GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court